IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK KWANING | : CIVIL ACTION |
| v. | : |
| | : NO. 15-928 |
| COMMUNITY EDUCATION CENTERS, INC. | : |

## ORDER

AND NOW, this 8th day of April 2015, upon consideration of Defendant's Motion to Dismiss (ECF Doc. No. 6), Plaintiff's Opposition (ECF Doc. No. 15), and following an April 1, 2015 Oral Argument, it is **ORDERED** that Defendant's Motion to Dismiss is **GRANTED in part and DENIED in part**:

1. Defendant's Motion to Dismiss claims for discrimination under the PHRA (Count I) and Hostile Work Environment (Count III) are **DENIED**;

2. Defendant's Motion to Dismiss claims for retaliation (Count II) is **GRANTED** with leave to amend the Complaint on or before **April 17, 2015** to specifically allege a protected activity;

3. Defendant's Motion to Strike is **GRANTED** as to Paragraphs 18-20, 28, 31-33, 36-37, 48-51, 55-56, 60, 73-76 and 78-88 of the Complaint. Plaintiff shall file an Amended Complaint striking these paragraphs on or before **April 17, 2015**.

4. On or before **April 24, 2015**, Defendant shall file an Answer to Counts I and III, and file a response to Count II (if amended).

_____
KEARNEY, J.