IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK KWANING | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | NO. 15-928 |
| COMMUNITY EDUCATION | : | |
| CENTERS, INC. | : | |

## ORDER

AND NOW, this 10th day of November 2015, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 37), Plaintiff's Opposition (ECF Doc. No. 43), following oral argument and for the reasons in the accompanying Memorandum, it is ORDERED Defendant's Motion (ECF Doc. No. 37) is GRANTED as Plaintiff cannot establish a genuine issue of material fact as to an adverse employment action allowing him to pursue a race or national origin discrimination claim and can show no evidence of severe or pervasive conduct necessary for a hostile work environment claim.

The Clerk of Court shall close this case.

KEARNEY, J.